ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 5 2014

JAMES N. HATTEN, Clerk
By: _____
          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRYANT TERRANCE COOPER,<br>A/K/A BRYAN COOPER | Criminal Action No.<br>1:14-MJ-212-AJB |

## Government's Motion for Detention

The United States of America, by counsel, Sally Quillian Yates, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure Appearance Required and Safety.

**3. Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> An offense involving a MINOR victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: March 5, 2014.
Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

March 5, 2014

/s/ MARY C. ROEMER
MARY C. ROEMER
Assistant United States Attorney